UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Theresa Fischer
    VS.    Plaintiff(s),

APX Auto Brokers LLC; et al.
    Defendant(s),

Case No.:2:24-cv-02007-RAJ

DECLARATION OF SERVICE

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 8/22/2025 at 12:20 PM at the address of 711 Capitol Way S Ste 204, Olympia, within Thurston County, WA 98501, the undersigned duly served the following document(s): Summons in a Civil Action; Plaintiff's First Amended Complaint for Damages in the above entitled action upon Tesla, Inc., by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Jeff Miner, Representative for CT Corporation System, Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Skin Color: White | Age: 47 | Height: Seated | Weight: 200 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 8/25/2025
TOTAL: $ 105.40

K. Roswold
Registered Process Server
License#: 2022-21 - Expiration Date: 5/13/2026
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

DECLARATION OF SERVICE      465768    PAGE 1