# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESA FISCHER,<br><br>  Plaintiff,<br><br>v.<br><br>APX AUTO BROKERS LLC,<br><br>  Defendant. | NO. 2:24-cv-2007-RAJ<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT TESLA, INC.**<br><br>NOTE ON MOTION CALENDAR:<br>November 24, 2025 |

Plaintiff Theresa Fischer ("Plaintiff"), through Counsel, hereby requests pursuant to Civ. R. 55(a) that the Clerk of Court enter the default of Defendant Tesla, Inc. for its failure to timely respond to Plaintiff's First Amended Complaint filed on August 7, 2025.

A declaration is being submitted in support of this application for entry of default which is attached as Exhibit 1 to this Application.

WHEREFORE Plaintiff Theresa Fischer respectfully requests the Clerk issue an Entry of Default against Defendant Tesla, Inc. and for all other relief that this Court may deem just and proper.

*Fischer v. APX Auto Brokers LLC*　　1　　DannLaw
PLAINTIFF'S APPLICATION FOR　　　　15000 Madison Avenue
ENTRY OF DEFAULT AGAINST　　　　　Lakewood, OH 44107
DEFENDANT TESLA, Inc.　　　　　　　Tel: (513) 645-3488
　　　　　　　　　　　　　　　　　　Fax: (216) 373-0536
　　　　　　　　　　　　　　　　　　notices@dannlaw.com

The undersigned counsel certified that the foregoing Application contains 95 words in compliance with LCR 7(e)(1).

Dated this 24th day of November, 2025 at Chelmsford, Massachusetts.

/s/Brian D. Flick
Brian D. Flick (OH #0081605)*
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com

*Admitted Pro Hac Vice

*Co-counsel for Plaintiff Theresa Fischer*

# CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington and the State of Ohio, on the date indicated below, that I caused a true and correct copy of *Plaintiff's Application for Entry of Default and all exhibits* to be served upon the following parties by filing the document with the electronic filing platform of the United States District Court for the Western District of Washington, which platform will provide notification to all counsel who have signed up for service with that system, and by emailing the document to the persons identified below:

Daniel J. Gunter at dgunter@larsenwalters.com
Mark D. Walters at mwalters@larsenwalters.com
LARSENWALTERS PLLC
11120 NE Second Street, Suite 100
Bellevue, WA 98004

*Attorneys for Defendants APX Auto Brokers LLC and Spencer Pemberton*

SaraEllen Hutchison at saraellen@saraellenhutchison.com
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC

*Fischer v. APX Auto Brokers LLC*
PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT TESLA, Inc.

2

DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Tel: (513) 645-3488
Fax: (216) 373-0536
notices@dannlaw.com

| | |
|---|---|
| 1 | |
| 2 | 1102 A ST STE 300 PMB 66 |
| 3 | Tacoma, WA 98402 |
| | *Co-Counsel for Plaintiff Theresa Fischer* |
| 4 | |
| 5 | And I caused a true and correct copy of *Plaintiff's Application for Entry of Default and all exhibits* to be sent via certified mail and regular U.S. mail, postage prepaid, upon the following party identified below: |

Tesla, Inc.
℅ CT Corporation System, Registered Agent
711 Capitol Way S., Suite 204
Olympia, WA 98501-1267

Dated this 24th day of November, 2025 at Chelmsford, Massachusetts.

                                          /s/Brian D. Flick
                                          Brian D. Flick (OH #0081605)*
                                          DannLaw
                                          *Co-counsel for Plaintiff Theresa Fischer*

*Fischer v. APX Auto Brokers LLC*     3     DannLaw
PLAINTIFF'S APPLICATION FOR          15000 Madison Avenue
ENTRY OF DEFAULT AGAINST           Lakewood, OH 44107
DEFENDANT TESLA, Inc.                Tel: (513) 645-3488
                                                     Fax: (216) 373-0536
                                                   notices@dannlaw.com