# EXHIBIT 1

Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THERESA FISCHER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APX AUTO BROKERS LLC,<br><br>　　　　　Defendant. | NO.  2:24-cv-2007-RAJ<br><br>**DECLARATION OF BRIAN D. FLICK IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT**<br><br>NOTE ON MOTION CALENDAR:<br>November 24, 2025 |

I, Brian D. Flick, declare under penalty of perjury under the laws of the United States of America, affirm and state as follows:

1. I am over the age of 18, of sound mind, have personal knowledge of all statements made in this declaration and can testify to all statements made herein if called upon.

2. I am co-counsel for Plaintiff Theresa Fischer ("Plaintiff") in this matter.

3. On August 7, 2025 a true and correct copy of Plaintiff's First Amended Complaint for damages was filed with this Court. *See, e.g., generally* Dkt. 25.

*Fischer v. APX Auto Brokers LLC*　　　　1　　　　DannLaw
DECLARATION OF BRIAN D. FLICK IN SUPPORT OF APPLICATION FOR DEFAULT

15000 Madison Avenue
Lakewood, OH 44107
Tel: (513) 645-3488
Fax: (216) 373-0536
notices@dannlaw.com

4.  On August 20, 2025, the Clerk of Court issued a Summons electronically to Plaintiff to serve Plaintiff's First Amended Complaint upon Defendant Tesla, Inc. ("Defendant") *See* Dkt. 28.

5.  On August 21, 2025 I engaged a process server to serve the Defendant at its registered agent's address in Olympia, Washington.

6.  On August 22, 2025 one of Defendant's registered agents, Jeff Miner of CT Corporation System, was served a copy of the Summons, Plaintiff's First Amended Complaint and all exhibits by process server at at 711 S. Capital Way S, Suite 204, Olympia, Washington 98501. *See* Dkt. 34 (Declaration of Service by Ken Roswold of Seattle Legal Messengers); *see also* https://ccfs.sos.wa.gov/?_gl=1*15tx184*_ga*NTU4NjAyNDMuMTc2NDAwNTU5OQ..*_ga_7B08VE04WV*czE3NjQwMDU1OTkkbzEkZzAkdDE3NjQwMDU2MDIkajU3JGwwJGgw*_ga_X6SDF160YQ*czE3NjQwMDU1OTkkbzEkZzAkdDE3NjQwMDU2MDIkajU3JGwwJGgw#/BusinessSearch/BusinessInformation - Washington Secretary of State Business Filing System Registered Agent Lookup (last visited Nov. 24, 2025).

7.  The deadline for Defendant to file its responsive pleading to the First Amended Complaint was September 19, 2025 and the Court set no other deadlines for Defendant to file a responsive pleading. *See* Dkt. 28 and Dkt. 29; *see also, e.g., generally* Docket.

| | | |
|---|---|---|
| *Fischer v. APX Auto Brokers LLC*<br>DECLARATION OF BRIAN D. FLICK IN SUPPORT OF APPLICATION FOR DEFAULT | 2 | DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Tel: (513) 645-3488<br>Fax: (216) 373-0536<br>notices@dannlaw.com |

8. As of the date of the execution of this Declaration, no answer, responsive pleading or any other document has been timely filed by Defendant within the time limits established by Civ. R. 12(a).

9. To the best of my knowledge, information, and belief, Defendant is neither an infant or incompetent person, nor is defendant in the military service within the purview of the Servicemembers Civil Relief Act, 50 U.S.C. § 501, *et seq.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 24th day of November, 2025 in Chelmsford, Massachusetts.

Brian D. Flick (OH #0081605)*
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com

*Admitted Pro Hac Vice

Co-counsel for Plaintiff Theresa Fischer

Fischer v. APX Auto Brokers LLC
DECLARATION OF BRIAN D. FLICK IN SUPPORT OF APPLICATION FOR DEFAULT

3

DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Tel: (513) 645-3488
Fax: (216) 373-0536
notices@dannlaw.com