UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>APX AUTO BROKERS LLC, et al.,<br><br>Defendants. | No. 2:24-cv-02007-RAJ<br><br>CLERK'S ORDER DENYING ENTRY OF DEFAULT |

This matter is before the Court on Plaintiff's application for entry of default against Defendant Tesla, Inc. Dkt. # 35.

Plaintiff indicates in its application that service of process was effectuated upon Defendant Tesla, Inc., on August 22, 2025, providing as evidence the Affidavit of Service filed at Dkt. # 34. The Affidavit of Service provides evidence of service upon an individual named Jeff Miner, who is designated by law to accept service of process on behalf of CT Corporation, the registered agent for Tesla, Inc. However, the Affidavit of Service indicates Mr. Miner and CT Corporation were served at the address of 711 Capitol Way South, Suite 204, in Olympia, Washington. A search of corporate records indicates the registered agent for Tesla, Inc., is CT Corporation at its location in Dallas, Texas.

///

///

///

///

CLERK'S ORDER
DENYING ENTRY OF DEFAULT – 1

As there is no evidence in the record currently before the Court that the Summons and Amended Complaint have been properly served upon CT Corporation at its location in Dallas, Texas, as required, Plaintiff's application for entry of default is DENIED.

DATED this 26th day of November, 2025.

> RAVI SUBRAMANIAN
> Clerk of the Court
>
> /s/ *Victoria Ericksen*
> Deputy Clerk